SMITH *v.* WILLIAMS, 2 C. C. E. 110.

In S. Ct. 2 C. R. 19.

### Insurable Interest in Vessel Bottomried for more than her Value.

ACTION on a policy of insurance. The question arose whether the insured, owner of a ship on which there had been taken up on bottomry more than her value, had an insurable interest in her.

The Supreme Court held that the owner had an insurable interest in the vessel to the extent of the sum *he paid for her*, although she was then bottomried to a larger amount ; and, that as it did not appear that the assured knew of the lien upon her, at the time of effecting the insurance, he had a

right to a verdict for the value insured, deducting the price at which she sold.

B. Livingston, J., dissented from this decision of the Supreme Court, maintaining that the insurance was void, on account of the lien not being made known to the underwriter, as the risk was *materially varied.* On error,

The Court of Errors held that the policy was void, because the insured had no *insurable interest* in the ship; and the judgment of the Supreme Court was accordingly *reversed.*